Robert E. MARTIN, Jr., Plaintiff–Appellant,

v.

TOWN OF WESTPORT and Stephen Edwards, Defendants–Appellees.

Docket No. 01–7220.

United States Court of Appeals, Second Circuit.

Feb. 27, 2002.

Ikechukwu Umeugo, Umeugo & Associates, P.C., West Haven, CT, for Appellant.

Ralph W. Johnson, III; John B. Farley, Thomas P. O'Dea, on the brief, Halloran & Sage, LLP, Hartford, CT, for Appellees.

Present LEVAL, CALABRESI, Circuit Judges, and STEIN, District Judge.[*]

## SUMMARY ORDER.

**IN CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be and it hereby is **AFFIRMED.**

Plaintiff Robert Martin appeals a jury verdict and judgment for the defendant

---

[*] Honorable Sidney H. Stein, of the United States District Court for the Southern District of New York, sitting by designation.

[*] Honorable Sidney H. Stein, of the United States District Court for the Southern District of New York, sitting by designation.

Town of Westport, alleging that in denying him a promotion the Town discriminated based on race, color and gender in violation of Title VII and 42 U.S.C. § 1983. Martin contends that a mistrial was required based on improper contact between the opposing party and the jury, tampering with a witness, misconduct by opposing counsel indicating answers to his client during direct examination, and perjury by Town witnesses.

All of these claims lack merit. We affirm the judgment. The Town's motion for an award of fees and costs on appeal is denied.